IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONTA TERRY VAUGH #31523037 :

v. : CIVIL ACTION NO. AMD-02-161

UNITED STATES OF AMERICA :

## ORDER

The Court, having reviewed petitioner's Motion for Return of Property filed pursuant to Rule 41(e) of the Federal Rules of Criminal Procedure, hereby **ORDERS** this 22 day of January, 2002:

1. That petitioner **SHALL SUPPLEMENT** his motion within twenty (20) days by paying the full civil filing fee or completing the attached affidavit in support of leave to file *in forma pauperis*;

2. That the United States Attorney for the District of Maryland **SHOW CAUSE** within sixty (60) days why petitioner's request should not be granted; and

3. That the Clerk of Court **MAIL** a copy of this Order to petitioner and to the United States Attorney for the District of Maryland.

Andre M. Davis
United States District Judge



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONTA TERRY VAUGH #31523037   :

v.   :   CIVIL ACTION NO. AMD-02-161

UNITED STATES OF AMERICA   :

## ORDER

The Court, having reviewed petitioner's Motion for Return of Property filed pursuant to Rule 41(e) of the Federal Rules of Criminal Procedure, hereby **ORDERS** this 22 day of January, 2002:

1. That petitioner **SHALL SUPPLEMENT** his motion within twenty (20) days by paying the full civil filing fee or completing the attached affidavit in support of leave to file *in forma pauperis*;

2. That the United States Attorney for the District of Maryland **SHOW CAUSE** within sixty (60) days why petitioner's request should not be granted; and

3. That the Clerk of Court **MAIL** a copy of this Order to petitioner and to the United States Attorney for the District of Maryland.

Andre M. Davis
United States District Judge