IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONTA TERRY VAUGH #31523037        :

      v.        :        CIVIL ACTION NO. AMD-02-161

UNITED STATES OF AMERICA        :

## ORDER

On January 22, 2002, this Court ordered Donta Terry Vaugh to supplement his Motion for Return of Property by paying either the full civil filing fee or by providing a completed indigency affidavit. (*See* Paper No. 2). Petitioner apparently did respond (*see* Paper Nos. 3 and 5), but the affidavit never made its way in a timely fashion into the Court, leading the undersigned to dismiss the case on February 27, 2002. (*See* Paper No. 4).

Accordingly, **IT IS** this 13th day of May, 2002 by this Court hereby **ORDERED**:

    1. That petitioner **IS GRANTED** leave to proceed *in forma pauperis* (*see* Paper No. 3);

    2. That petitioner's request for reconsideration (Paper No. 5) **IS GRANTED**;

    3. That the United States Attorney for the District of Maryland **SHOW CAUSE** within sixty (60) days why petitioner's request should not be granted; and

    4. That the Clerk of Court **MAIL** a copy of this Order to petitioner and to the United States Attorney for the District of Maryland.

                                                    Andre M. Davis
                                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONTA TERRY VAUGH #31523037      :

v.                                :   CIVIL ACTION NO. AMD-02-161

UNITED STATES OF AMERICA          :

## ORDER

On January 22, 2002, this Court ordered Donta Terry Vaugh to supplement his Motion for Return of Property by paying either the full civil filing fee or by providing a completed indigency affidavit. (*See* Paper No. 2). Petitioner apparently did respond (*see* Paper Nos. 3 and 5), but the affidavit never made its way in a timely fashion into the Court, leading the undersigned to dismiss the case on February 27, 2002. (*See* Paper No. 4).

Accordingly, **IT IS** this 13th day of May, 2002 by this Court hereby **ORDERED**:

1. That petitioner **IS GRANTED** leave to proceed *in forma pauperis* (*see* Paper No. 3);

2. That petitioner's request for reconsideration (Paper No. 5) **IS GRANTED**;

3. That the United States Attorney for the District of Maryland **SHOW CAUSE** within sixty (60) days why petitioner's request should not be granted; and

4. That the Clerk of Court **MAIL** a copy of this Order to petitioner and to the United States Attorney for the District of Maryland.

_____
Andre M. Davis
United States District Judge