```
                                            ____FILED    ____ENTERED
                                            ____LODGED   ____RECEIVED
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND        JUL 29 2002

                                                   AT BALTIMORE
                                              CLERK U.S. DISTRICT COURT
DONTA TERRY VAUGHN,           :                DISTRICT OF MARYLAND
                              :          BY                        DEPUTY
     v.                       :   CIVIL ACTION NO. AMD 02-161
                              :   CRIM. NO. Y 95-083
UNITED STATES OF AMERICA      :
                       ..oOo..
```

MEMORANDUM

The United States has filed its response to the Motion for return of property, to which movant has filed no response. It is clear that the United States does not and did not have custody of the property which is the subject of movant's request. Accordingly, judgment shall be entered in favor of the United States. An Order follows.

Filed: July 29, 2002

_____
Andre M. Davis
United States District Judge