IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONTA TERRY VAUGHN, :
:
v. : CIVIL ACTION NO. AMD 02-161
: CRIM. NO. Y 95-083
UNITED STATES OF AMERICA :

..o0o..

O R D E R

In accordance with the foregoing Memorandum, it is this 29th day of July, 2002, by the United States District Court for the District of Maryland, ORDERED that:

(1) JUDGMENT IS ENTERED IN FAVOR OF THE UNITED STATES AND AGAINST MOVANT;

(2) The Clerk shall CLOSE THIS CASE and MAIL a copy of this Order, together with the foregoing Memorandum, to the movant and to Assistant United States Attorney Richard Kay.

_____
Andre M. Davis
United States District Judge